**Order filed June 26, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00389-CV
_____

### IN THE INTEREST OF M.R., A CHILD

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-04856J**

---

## ORDER

A hearing record was filed in this court on June 5, 2018. The record indicates a motion for new trial was granted. Subsequently, on June 13, 2018, this court received a supplemental clerk's record appointing appellate counsel for Mother.

The Harris County District Clerk is directed to file a supplemental clerk's record containing all filings in this matter filed after the notice of appeal, dated May 10, 2018, including, but not limited to, any trial court order related to any parties' motion for new trial. The supplemental clerk's record should be filed with this court on or before **July 2, 2018**.

If there is no order of the trial court related to a motion for new trial in the record, the district clerk is directed to file a supplemental clerk's record containing a certified statement that such an order is not a part of the case file.


PER CURIAM